UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

EMANUEL DELACRUZ, On Behalf of All Other
Persons Similarly Situated,

                             Plaintiffs,

    -against-

LONG ISLAND UNIVERSITY

                             Defendant.
-----------------------------------------------------------X

Index No.:17CV07527(GBD)

**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff(s), EMANUEL DELACRUZ, on behalf of all other persons similarly situated, and Defendant, LONG ISLAND UNIVERSITY, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       January 8, 2018

**MICHAEL BEST, ESQ.**

_[signature]_

Michael Best, Esq.
University Counsel
Long Island University
700 Northern Boulevard
Brookville, New York 11548
(516)299-2273
Attorneys for Defendant

**GOTTLIEB & ASSOCIATES**

_[signature]_

Jeffrey M. Gottlieb, Esq.(JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212)228-9795
Attorneys for Plaintiffs

SO ORDERED:

JAN 1 7 2018

_[signature]_
George B. Daniels
United States District Court Judge